# John St. Clair Akwei vs. NSA, Ft. Meade, MD, USA

## Table of Contents

Cover Page
NSA Mission & Operations
Communications Intelligence
Signals Intelligence
Domestic Intelligence
Independently Operating Personnel Target Citizens
NSA's Domestic Electronic Surveillance Network
Signals Intelligence Remote Computer Tampering
Detecting EMF Fields in Humans for Surveillance
NSA Signals Intelligence Use of EMF Brain Stimulatlon
Capabilities of NSA operatives using RNM
NSA Signals Intelligence Electronic Brain Link Technology
Table: An example of EMF Brain Stimulation
NSA Techniques and Resources
Remote RNM Devices
Spotters and Walk-Bys in Metropolitan Areas
Chemicals and Drugs
Intelligence/Anti-Terrorist Equipment
Resources
Further Resources

## Cover Page

Evidence for the Lawsuit filed at the US courthouse in Washington, D.C.
(Civil Action 92-0449)
John St.Clair Akwei vs. NSA Ft George G. Meade, MD
My knowledge of the National Security Agency's structure, national security activities, proprietary technology,and covert operations to monitor individual citizens.
Table of Contents

## The NSA's mission and the NSA's domestic Intelligence operation.

### Communications Intelligence (COMINT)

Blanket coverage of all electronic communication in the U.S. and the world to ensure national security. The NSA at Ft. Meade, Maryland has had the most advanced computers in the world since the early 1960's.
NSA technology is developed and implemented in secret from private corporations, academia, and the general public.

### Signals Intelligence (SIGINT)

The Signals Intelligence mission of the NSA has evolved into a program of decoding EMF waves in the environment for wirelessly tapping into computers and tracking persons with the electrical currents in their bodies. Signals Intelligence is based on the fact that everything in the environment with an electric current in it has a magnetic flux around it which gives off EMF waves. The NSA/DoD has developed proprietary advanced digital equipment which can remotely analyze all objects whether man-made or organic that have electrical activity.

2

### Domestic Intelligence (DOMINT)

The NSA has records on all U.S. citizens. The NSA gathers information on U.S. citizens who might be of interest to any of the over 50,000 NSA agents (HUMINT). These agents are authorized by executive order to spy on anyone. The NSA has a permanent National Security Anti-Terrorist surveillance network in place.

This surveillance network is completely disguised and hidden from the public.

Tracking individuals in the U.S. is easily and cost-effectively implemented with the NSA's electronic surveillance network. This network (DOMINT) covers the entire U.S., involves tens of thousands of NSA personnel, and tracks millions of persons simultaneously. Cost effective implementation of operations is assured by NSA computer technology
designed to minimize operations costs.

NSA personnel serve in Quasi-public positions in their communities and run cover businesses and legitimate businesses
that can inform the intelligence community of persons they would want to track. N.S.A. personnel in the community usually have cover identities such as social workers, lawyers and business owners.

## Individual citizens occasionally targeted for surveillance by independently operating NSA personnel.

NSA personnel can control the lives of hundreds of thousands of individuals in the U.S. by using the NSA's domestic intelligence network and cover businesses. The operations independently run by them can sometimes go beyond the bounds of law. Long-term control and sabotage of tens of thousands of unwitting citizens by NSA operatives is likely to happen. NSA Domint has the ability to covertly assassinate U.S. citizens or run covert psychological control operations to cause subjects to be diagnosed with ill mental health.

Table of Contents

# NSA's domestic electronic surveillance network

As of the early 1960's the most advanced computers in the world were at the NSA, Ft. Meade. Research breakthroughs with these computers were kept for the NSA. At the present time the NSA has nanotechnology computers
that are 15 years ahead of present computer technology.

The NSA obtains blanket coverage of information in the U.S. by using advanced computers that use artificial intelligence
to screen all communications, irregardless of medium, for key words that should be brought to the attention of NSA agents/cryptologists. These computers monitor all communications at the transmitting and receiving ends. This blanket coverage of the U.S. is a result of the NSA's Signals Intelligence (SIGINT) mission.

The NSA's electronic surveillance network is based on a cellular arrangement of devices that can monitor the entire EMF spectrum. This equipment was developed, implemented, and kept secret in the same manner as other electronic warfare programs.

With this technology NSA personnel can non-obtrusively tap into any communication device in existence. This includes computers, telephones, radio and video-based devices, printers, car electronics, and even the minute electrical
fields in humans (for tracking individuals).

## Signals Intelligence Remote Computer Tampering

The NSA keeps track of all PCs and other computers sold in the U.S. This is an integral part of the Domestic Intelligence
network.

The NSA's EMF equipment can tune in RF emissions from personal computer circuit boards (while filtering out emissions from monitors and power supplies). The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PC's. Thus the NSA can gain wireless modem-style entry into any computer in the country for surveillance or anti-terrorist electronic warfare.

Radio and Television signals can be substituted at the receiving end with special EMF equipment. Replacing signals in Radios and Televisions is another outgrowth of the NSA's Signals Intelligence (SIGINT) mission.

## Detecting EMF Fields in Humans for Surveillance.

A subject's bioelectric field can be remotely detected, so subjects can be monitored anywhere they are. With special EMF equipment NSA cryptologists can remotely read evoked potentials (from EEGs). These can be decoded into a person's brain-states and thoughts. The subject is then perfectly monitored from a distance.

NSA personnel can dial up any individual in the country on the Signals Intelligence EMF scanning network and the NSA's computers will then pinpoint and track that person 24 hours-a-day. The NSA can pick out and track anyone in the U.S.

Table of Contents
3

# NSA Signals Intelligence Use of EMF Brain Stimulation

NSA Signals Intelligence uses **EMF Brain Stimulation** for **Remote Neural Monitoring** (RNM) and **Electronic Brain Link (EBL)**. EMF Brain Stimulation has been in development since the MKUltra program of the early 1950's, which included neurological research into "radiation" (non-ionizing EMF) and bioelectric research and development.

The resulting secret technology is categorized at the National Security Archives as "Radiation Intelligence," defined as "information from unintentionally emanated electromagnetic waves in the environment, not including radioactivity or nuclear detonation."

Signals Intelligence implemented and kept this technology secret in the same manner as other electronic warfare programs of the U.S. government. The NSA monitors available information about this technology and withholds scientific research from the public. There are also international intelligence agency agreements to keep this technology
secret.

The NSA has proprietary electronic equipment that analyzes electrical activity in humans from a distance. NSA computer-generated brain mapping can continuously monitor all the electrical activity in die brain continuously. The NSA records aid decodes individual brain maps (of hundreds of thousands of persons) for national security purposes.

EMF Brain Stimulation is also secretly used by the military for Brain-to-computer link. (In military fighter aircraft, for example.)

For electronic surveillance purposes electrical activity in the speech center of the brain can be translated into the subject's verbal thoughts. RNM can send encoded signals to the brain's auditory cortex thus allowing audio communication
direct to the brain (bypassing the ears). NSA operatives can use this to covertly debilitate subjects by simulating auditory hallucinations characteristic of paranoid schizophrenia.

Without any contact with the subject, Remote Neural Monitoring can map out electrical activity from the visual cortex of a subject's brain and show images from the subject's brain on a video monitor. NSA operatives see what the surveillance subject's eyes are seeing. Visual memory can also be seen. RNM can send images direct to the visual
cortex. bypassing the eyes and optic nerves. NSA operatives can use this to surreptitiously put images in a surveillance
subject's brain while they are in R.E.M. sleep for brain-programming purposes.

Table of Contents

# Capabilities of NSA operatives using RNM

There has been a Signals Intelligence network in the U.S. since the 1940's. The NSA, Ft. Meade has in place a vast two-way wireless RNM system which is used to track subjects and non-invasively monitor audio-visual information in their brain. This is all done with no physical contact with the subject. RNM is the ultimate method of surveillance and domestic intelligence. Speech and 3D sound, and subliminal audio can be sent to the auditory cortex of the subject's
brain (bypassing the ears) and images can be sent into the visual cortex. RNM can alter a subject's perceptions, moods, and motor control.

Speech cortex/auditory cortex link has become the ultimate communications system for the intelligence community. RNM allows for a complete audio-visual brain-to-brain link or brain-to-computer link.

Table of Contents

# National Security Agency Signals Intelligence
# Electronic Brain Link Technology

NSA SigInt can remotely detect, identify and monitor a person's bioelectric fields.

The NSA's Signals Intelligence has the proprietary ability to remotely and non-invasively monitor information in the human brain by digitally decoding the evoked potentials in the 30-50 hz, .5 milliwatt electro-magnetic emissions from the brain.

Neuronal activity in the brain creates a shifting electrical pattern that has a shifting magnetic flux. This magnetic

flux puts out a constant 30-50 hz, .5 milliwatt electromagnetic (EMF) wave. Contained in the electromagnetic emission

from the brain are spikes and patterns called "evoked potentials."

Every thought, reaction, motor command, auditory event, and visual image in the brain has a corresponding "evoked potential" or set of "evoked potentials." The EMF emission from the brain can be decoded into the current thoughts, images and sounds in the subject's brain.

NSA SigInt uses **EMF-transmitted Brain Stimulation** as a communications system to transmit information (as well as nervous system messages) to intelligence agents and also to transmit to the brains of covert operations subjects

(on a non-perceptible level).

**EMF Brain Stimulation** works by sending a complexly coded and pulsed electromagnetic signal to trigger evoked potentials (events) in the brain, thereby forming sound and visual images in the brain's neural circuits. EMF Brain Stimulation can also change a person's brain-states and affect motor control.

**Two-way Electronic Brain-Link** is done by remotely monitoring neural audio-visual information while transmitting

sound to the auditory cortex (bypassing the ears) and transmitting faint images to the visual cortex (bypassing the optic nerves and eyes, the images appear as floating 2-D screens in the brain).

4

**Two-Way Electronic Brain Link** has become the ultimate communications system for CIA/NSA personnel. Remote

Neural Monitoring (RNM, remotely monitoring bioelectric information in the human brain) has become the ultimate surveillance system. It is used by a limited number of agents in the U.S. Intelligence Community.

RNM requires decoding the resonance frequency of each specific brain area. That frequency is then modulated in order to impose information in That specific brain area. The frequency to which the various brain areas respond varies from 3 Hz to 50 Hz. Only NSA Signals Intelligence modulates signals in this frequency band.

An example of EMF Brain Stimulation:

Brain Area

Bioelectric

Resonance

Frequency

Information Induced

Through Modulation

Motor Control Cortex 10 HZ Motor Impulse Co-ordination

Auditory Cortex 15 HZ Sound which bypasses the ears

Visual Cortex 25 HZ Images in the brain, bypassing the eyes

Somatosensory Cortex 09 HZ Phantom Touch Sense

Thought Center 20 HZ Imposed Subconscious Thoughts

This modulated information can be put into the brain at varying intensities from subliminal to perceptible.

Each person's brain has a unique set of bioelectric resonance/entrainment frequencies. Sending audio information to a person's brain at the frequency of another person's auditory cortex would result in that audio information not being perceived.

The Plaintiff learned of RNM by being in two-way RNM contact with the Kinnecome group at the NSA, Ft. Meade. They used RNM 3D sound direct to the brain to harass the Plaintiff from 10/90 to 5/91. As of 5/91 they have had two-way RNM communications with the Plaintiff and have used RNM to attempt to incapacitate the Plaintiff and hinder the Plaintiff from going to authorities about their activities against the Plaintiff in the last twelve years.

The Kinnecome group has about 100 persons working 24-hours-a-day at Ft Meade. They have also brain-tapped persons the Plaintiff is in contact with to keep the Plaintiff isolated. This is the first time ever that a private citizen has been harassed with RNM and has been able to bring a lawsuit against NSA personnel misusing this intelligence operations method.

Table of Contents

# NSA Techniques and Resources

**Remote monitoring/tracking of individuals** in any location. inside any building, continuously, anywhere in the country.

A system for inexpensive implementation of these operations allows for thousands of persons in every community to be spied on constantly by the NSA.

## Remote RNM Devices

a) NSA's RNM equipment remotely reads the evoked potentials (EEGs) of the human brain for tracking individuals and can send messages through the nervous system to affect their performance.

b) [Information missing from original]

c) RNM can electronically identify individuals and track then anywhere in the U.S. This equipment is on a network and is used for domestic intelligence operations, government security, and military base security, and in case of bioelectric warfare.

## Spotters and Walk-Bys in Metropolitan Areas

a) Tens of thousands of persons in each area working as spotters and neighborhood/business place spies (sometimes unwittingly) following and checking on subjects who have been identified for covert control by NSA personnel.

b) Agents working out of offices can be in constant communication with Spotters who are keeping track of the NSA's thousands of subjects in public.

c) NSA Agents in remote offices can instantly identify (using RNM) any individual spotted in public whom is in contact with surveillance subject.

5

## Chemicals and Drugs into Residential Buildings with hidden NSA-lnstalled and maintained plastic plumbing lines.

a) The NSA has kits for running lines into residential tap water and air ducts of subjects for the delivery of drugs (such as sleeping gas or brainwashing aiding drugs). This is an outgrowth of CIA pharmapsychology.

## Brief Overview of Proprietary U.S. Intelligence/Anti-Terrorist Equipment Mentioned.

Fixed network of special EMF equipment that can read EEGs in human brains and identify/track individuals by using digital computers. ESB (Electrical Stimulation to the Brain) via EMF signal from the NSA Signals Intelligence is used to control subjects.

EMF equipment that gathers information from PC circuit boards by deciphering RF emissions thereby gaining wireless modem-style entry into any personal computer in the country.

All equipment hidden, all technology secret, all scientific research unreported (as in electronic warfare research). Not known to the public at all, yet complete and thorough implementation of this method of domestic intelligence has been in place since the early 1980's.

Table of Contents

# Resources

These publications have only been discovered since December 1991, after Plaintiff had already notified authorities (Dept. of Justice, etc.) of Public Corruption by named NSA employees. When no action was taken against the NSA employees I researched the Intelligence Community electronic surveillance technology involved and discovered the following publications:

The Body Electric

Electromagnetism and the Foundrrtion of Life, by Robert Becker, M.D.

p. 265/313/318. Monitoringeuroelectric information in the brain. E-M wave E.S.B.

Cross Currents, by Robert Becker, M.D.

p. 70, p. 78, p. 105/210/216/220/242/299/303 E-M ESB. Simulating auditory hallucinations. p. 274, "Remote computer tampering using the RF emissions from the logic board."

Currents of Death by Paul Brodeur

p. 27/93. Driving brain electrical activity with external E-M, Magnetophosphenes, Delgado.

The Zapping of America by Paul Brodeur

DoD E-M ESB Research, simulating auditory hallucinations.

Of Mice, Men and Molecules, by John H. Heller. 1963.

p. 110, Bioelectricity. probing the brain with E-M waves.

The 3-Pound Universe, by Judith Hooper

p. 29/132/137. CIA EEG research. EEG's for surveillance.

In the Palaces or Memory, by George Johnson

E-M emissions from the brain,the brain as an open electromagnetic circuit.

The Puzzle Palace, by James Bamford

Signals intelligence, most advanced computers in the early Sixties
The U.S. Intelligence Community - Glossary terms at National Security Archives:
Radiation intelligence - information from unintentionally emanated electromagnetic energy, excluding radioactive sources.
The Search for the "Manchurian Candidate," by John Marks
p. 327. Electrical or radio stimulation to the brain, CIA R&D in bioelectrics.
Secret Agenda, by Jim Hougan
National Security cult groups.
Crines of the Intelligence Commununity. by Morton Halperin
Surreptitious entries; intelligence agents running operations against government workers
War in the Age of Intelligent Machines
NSA computer supremacy, complete control of information
Alternate Computers, by Time-Life Books
Molecule Computers
The Mind, by Richard Restak, M.D.
6
p. 258, EEG Systems Inc., decoding brain E-M emanations, tracking thoughts on a computer.
MedTech, by Lawrence Gallon
Triggering events in the brain" direct to auditory cortex signals.
Cyborg, by D.S. Halacy, Jr. (1965)
Brain-to-computer link research contracts given out by the U.S. Govemment
Psychiatry and the C.I.A.: Victims of Mind Control by Harvey M. Weinstein. M.D.
Dr. Cameron, psychic driving. ultraconceptual communications.
Journey Into Madness: Ihe True Story of Secret CIA Mind Control and Medical Abuse, by Gordon Thomas
p. 127/276/116, 168-69. Intelligence R & D. Delgado. Psychic driving with radio telemetry.
Mind Manipulators, by Alan Scheflin and Edward M. Opton
MKULTRA brain research for information gathering
The Brain Changers, by Maya Pines.
p. 19. Listening to brain E-M emissions.
Table of Contents

## Further Resources

These publications have only been discovered since December 1991, after Plaintiff had already notified authorities (Dept. of Justice, etc.) of Public Corruption by named NSA employees. When no action was taken against the NSA employees I researched the Intelligence Community electronic surveillance technology involved and discovered the following publications:
Modern Bielectricity
Inducing audio in the brain with e-m waves, DoD cover-up, E-M wave ESB. Remote EEGs.
Magnetic Stimulation in Clinical Neuropsysiology by Sudhansu Chokroverty
Magneto-Phosphenes. Images direct to the visual cortex.
The Mind of Man by Nigel Calder
U.S. Intelligence brain research
Neuroelectric Society Conference - 1971
Audio direct to the brain with e-m waves, two waf remote EEG.
Brain Control by Elliot S. Valenstein
ESB control of individuals
Towards Century 21 by C.S. Wallia
p. 21. Brain Stimulation for direct to brain communication.
Mind Wars by Ron McRae, associate of Jack Anderson
p 62/106/136. Research into brain-to-brain electronic communications, remote neural e-m detection.
Mind Tools by Rudy Rucker
Brain tapping, communication with varying biomagnetic fields. p. 82
U.S. News and World Report 1/2/84
p. 88. e-m wave brain stimulation. Intelligence community high tech.
Ear Magazine article on extremely low frequency radio emissions in the natural environment, radio emissions from the human body.

City Paper article on FCC and NSA "complete radio spectrum" listening posts. 1/17/92.
Frontiers in Science - 1958 - by Edward Hutchings, Jr.
p. 48
Beyond Biofeedback - 1977 - by Elmer and Alyce Green
p. 118
The Body Quantum by Fred Alan Wolf
Cloning - A Biologist Reports by Robert Gilmore McKinnell
Ethical review of cloning humans.
Hoover's FBI by former agent William Turner
p. 280. Routines of electronic surveillance work.
July 20, 2019 by Arthur C. Clarke
Lida, Neurophonics, Brain/Computer Link
MegaBrain by Michael Hutchison
p. 107/108/117/120/123. Brain stimulation with e-m waves. CIA research and information control.
The Cult of Information by Theodore Rosnak - 1986
NSA Directive #145. Personal Files in Computers. Computer automated telephone tapping
The Body Shop
1968 implantation of an electrode array on the visual cortex for video direct to the brain and other 1960s research
into electronically triggering phosphenes in the brain, thus bypassing the eyes.
Evoked Potentials by David Regan
    Decoding neuroelectric information in the brain


Court Recognizes Electronic Harassment: Protection Order for James Walbert December 30, 2008
This could be the first official recognition of the need to protect citizens against electronic
harassment. The following are comments from Julianne McKinney regarding the posted page scans:
This is actually very impressive. Walbert persuaded the Court that the defendant was using
electronic weapons against him and his family, in addition to resorting to obvious forms of stalking.
He substantiated his claim with DoD documentation and had the support of a security specialist,
who proved that electronic frequencies were involved, and, it would appear, the support of a couple
of police officers. He also made use of letters from Missouri Representative, Jim Guest. The
outcome: The defendant failed to show up in court. The defendant has to pay all legal fees. The
defendant may not employ 3rd-party means of re-establishing contact with Walbert (which would
constitute multiple stalking), and may not employ any form of "electronic means" in harassing
Walbert. Walbert filed his complaint on November 25, 2008. The court decided the case on
December 30, 2008. Although this will probably not protect Walbert in the long term, he has
obtained the first courtbased acknowledgement of the existence of electronic weapons and of
electronic harassment, that I know of. Click each scanned image below for the court papers:
Saturday, May 16, 2009 WITCHITA INVENTOR GRANTED AN ORDER OF PROTECTION AGAINST
DIRECTED ENERGY WEAPONS ATTACK "Whatever you can do, or dream you can, begin it. Boldness
has genius, power and magic in it." - Goethe http://wiseti.blogspot.com/2009/05/spot-light-on-jim-
walbert-ti.html EXCERPTED FROM ABOVE LINK: Wichita, KS April 20, 2009 A Wichita inventor who
claims he is being attacked by directed high energy weapons, victimized by covert organized stalking
and targeted by highly advanced forms of electronic harassment was granted an order of protection
against one of his assailants, according to a Sedgwick County District Court ruling. After reviewing a
petition filed by 38-year-old victim James Walbert, Judge Terry Pullman determined the case should
be weighed on its merits and a hearing was scheduled before Judge James Beasley. In the end,
Walbert prevailed. Walbert's evidence included declassified government documents, photos and

scientific data attesting to the authenticity of land-based and satellite-based directed energy weaponry. His proof also included a radiation forensics report concluding Walbert is being targeted with obscure microwave frequencies. And, to show he is not the only victim of these crimes, Walbert provided a letter from Missouri State Representative James O. Guest corroborating that his office has recently investigated an estimated 300 complaints of electronic harassment and organized Advanced Media Group Page 1 of 49 05/17/2009 stalking. According to the Freedom From Covert Harassment and Surveillance non-profit victim advocacy organization, the number of targeted individuals worldwide is exponentially more. One of them, Walbert of Wichita, decided to fight back in court after enduring repeated incidents of organized stalking and electronic harassment that began in 2004. That's when Walbert dissolved his potential business relationship with defendant Jeremiah Redford, 27, also of Wichita. The two men discussed Redford's marketing of Walbert's invention of an antimicrobial sanitary seal for 12 ounce aluminum beverage cans. Redford failed to appear at the December 30, 2008 court hearing to defend himself. "When the business deal went sour I was threatened that I would be shot with jolts of radiation," said Walbert. "A few days later I was attacked in my home with a continuous stream of electrical current running through my body, which causes headaches and artificial auditory effects, including electronically generated tones, popping, buzzing and ringing sounds in the ears. These are some of the same complaints made by employees of the U.S. Embassy in Moscow, Russia in 1976. They were being attacked by Soviet KGB microwave weapons, according to former Secretary of State Henry Kissinger. These weapons are now manufactured by several defense contractors, such as Raytheon Corporation. They range in size from handheld ray guns to tripod mounted units, to six-foot diameter mobile mounted dishes and satellite delivered impulses. The radiation beams can effectively target and temporarily paralyze a single person or a brigade of soldiers. While these weapons are designed to quell civil unrest or disperse enemy troops, there is increasing evidence that they have fallen into the wrong hands and are being used against innocent Americans possibly by rogue elements of the government, paramilitary units, organized crime syndicates and ultra-extremist hate groups. "James Walbert has a good case," said Republican Representative Guest, the former aerospace engineer turned politician in 2000. He now chairs the Missouri House of Representatives Real ID and Personal Privacy Committee. Guest is currently working on proposed legislation that addresses electronic harassment. He said, "It's easier to discredit victims because none of us wants to believe that this is happening in America." Guest continued, "The weapons are undetectable but the evidence, especially the US patents I've seen and the victims I have spoken with tells me this is for real." Even one of Guest's staff members reported that after she began investigating complaints she was attacked with electronic weapons. When Walbert first sought a temporary restraining order in November 2008, he told Judge Pullman his extraordinary story of sophisticated electronic harassment that includes microwave weapons, cybercrimes, telephone tampering, cell phone signal interceptions and jamming. Walbert also recited incidents of orchestrated stalking by strangers driving by his house, honking horns by day, tailing him, spying on him, destroying his property and repeatedly breaking into his house. Judge Pullman said, "I allowed the hearing to be set so that the plaintiff could have his day in court and have the opportunity to prove his claims and thus obtain a final order with protection for one year." Ultimately, the court ruled in Walbert's favor. "We are acutely aware of widespread, credible reports about the terrorizing tactics of electronic harassment and the increasing new phenomenon of clandestine vigilantism known as organized stalking," said Derrick Robinson, President of FFCHS in Cincinnati, Ohio. The organization is committed to expose,

end and outlaw these atrocities. Robinson is a US Navy veteran formerly assigned to the National Security Agency as a linguistic expert. He says he became a targeted individual in 1982, shortly before he was honorably discharged from military service. Advanced Media Group Page 2 of 49 05/17/2009 In 2008, Representative Guest said he was slated to meet with U.S. Senator Edward Kennedy of Massachusetts to discuss concerns about electronic harassment. However, the meeting was indefinitely postponed after Kennedy was diagnosed with a brain tumor. In 1975, Senator Kennedy was an outspoken member of the committee that investigated the Central Intelligence Agency's infamous MK-Ultra mind control experiments. They involved drug induced hypnosis, electronic torture and radio frequency neural contact with unwitting human targets, some of whom are Vietnam War veterans now suing the U.S. Government. The White House and Congress denounced the CIA and banned further mind control experiments. Yet, many published reports claim the testing never stopped and now the technology has been perfected. Evidence of that is detailed in a 1992 federal law suit filed by an NSA "whistleblower" who contends that land-based and space-based technologies can now isolate a person's individual neural frequencies and can remotely connect to the brain. This link, according to the suit, enables synthetic telepathy, manipulates the central nervous system. "The case never went to trial but the law suit is heralded by many victims as a succinct document explaining what is happening to them," according to Lynn Weed, FFCHS' legal director. Robinson explained, "Some experts refer to the combination of psychological torment and technological terror as Psychotronic Torture." Robinson added, "There are some common denominators among targeted individuals of organized stalking and electronic harassment. They are often minorities, including disabled persons, Blacks and Jews. Sometimes they are whistleblowers. Often they are embroiled in bad business deals or personal relationship issues, including break-ups, divorce and child custody battles. In the end, victims become ill, depressed, frustrated, jobless and penniless." Walbert said, "I know the effects all too well. He added, "The targeting will continue until the American people and our leaders start looking for evidence, start examining facts and start asking questions just like the White House and Senate did in the late 1970s. Walbert concluded, "The war against our own people remains widespread and pervasive -- nothing has changed except the technology is more advanced and more frightening 40 years later." ~~~ To view and download the court papers, go here. A Word to the Wise T.I. thanks James Walbert for permission to publish. Advanced Media Group Page 3 of 49 05/17/2009 Wichita, KS April 20, 2009 A Wichita inventor who claims he is being attacked by directed high energy weapons, victimized by covert organized stalking and targeted by highly advanced forms of electronic harassment was granted an order of protection against one of his assailants, according to a Sedgwick County District Court ruling. After reviewing a petition filed by 38-year-old victim James Walbert, Judge Terry Pullman determined the case should be weighed on its merits and a hearing was scheduled before Judge James Beasley. In the end, Walbert prevailed. Walbert's evidence included declassified government documents, photos and scientific data attesting to the authenticity of land-based and satellite-based directed energy weaponry. His proof also included a radiation forensics report concluding Walbert is being targeted with obscure microwave frequencies. And, to show he is not the only victim of these crimes, Walbert provided a letter from Missouri State Representative James O. Guest corroborating that his office has recently investigated an estimated 300 complaints of electronic harassment and organized stalking. According to the Freedom From Covert Harassment and Surveillance non-profit victim advocacy organization, the number of targeted individuals worldwide is exponentially more. One of them, Walbert of Wichita,

decided to fight back in court after enduring repeated incidents of organized stalking and electronic harassment that began in 2004. That's when Walbert dissolved his potential business relationship with defendant Jeremiah Redford, 27, also of Wichita. The two men discussed Redford's marketing of Walbert's invention of an antimicrobial sanitary seal for 12 ounce aluminum beverage cans. Redford failed to appear at the December 30, 2008 court hearing to defend himself. "When the business deal went sour I was threatened that I would be shot with jolts of radiation," said Walbert. "A few days later I was attacked in my home with a continuous stream of electrical current running through my body, which causes headaches and artificial auditory effects, including electronically generated tones, popping, buzzing and ringing sounds in the ears. These are some of the same complaints made by employees of the U.S. Embassy in Moscow, Russia in 1976. They were being attacked by Soviet KGB microwave weapons, according to former Secretary of State Henry Kissinger. These weapons are now manufactured by several defense contractors, such as Raytheon Corporation. They range in size from handheld ray guns to tripod mounted units, to six-foot diameter mobile mounted dishes and satellite delivered impulses. The radiation beams can effectively target and temporarily paralyze a single person or a brigade of soldiers. While these weapons are designed to quell civil unrest or disperse enemy troops, there is increasing evidence that they have fallen into the wrong hands and are being used against innocent Americans possibly by rogue elements of the government, paramilitary units, organized crime syndicates and ultra-extremist hate groups. "James Walbert has a good case," said Republican Representative Guest, the former aerospace engineer turned politician in 2000. He now chairs the Missouri House of Representatives Real ID and Personal Privacy Committee. Guest is currently working on proposed legislation that addresses electronic harassment. He said, "It's easier to discredit victims because none of us wants to believe that this is happening in America." Guest continued, "The weapons are undetectable but the evidence, especially the US patents I've seen and the victims I have spoken with tells me this is for real." Even one of Guest's staff members reported that after she began investigating complaints she was attacked with electronic weapons. When Walbert first sought a temporary restraining order in November 2008, he told Judge Advanced Media Group Page 4 of 49 05/17/2009 Pullman his extraordinary story of sophisticated electronic harassment that includes microwave weapons, cybercrimes, telephone tampering, cell phone signal interceptions and jamming. Walbert also recited incidents of orchestrated stalking by strangers driving by his house, honking horns by day, tailing him, spying on him, destroying his property and repeatedly breaking into his house. Judge Pullman said, "I allowed the hearing to be set so that the plaintiff could have his day in court and have the opportunity to prove his claims and thus obtain a final order for protection for one year." Ultimately, the court ruled in Walbert's favor. "We are acutely aware of widespread, credible reports about the terrorizing tactics of electronic harassment and the increasing new phenomenon of clandestine vigilantism known as organized stalking," said Derrick Robinson, President of FFCHS in Cincinnati, Ohio. The organization is committed to expose, end and outlaw these atrocities. Robinson is a US Navy veteran formerly assigned to the National Security Agency as a linguistic expert. He says he became a targeted individual in 1982, shortly before he was honorably discharged from military service. In 2008, Representative Guest said he was slated to meet with U.S. Senator Edward Kennedy of Massachusetts to discuss concerns about electronic harassment. However, the meeting was indefinitely postponed after Kennedy was diagnosed with a brain tumor. In 1975, Senator Kennedy was an outspoken member of the committee that investigated the Central Intelligence Agency's infamous MK-Ultra mind control experiments. They

involved drug induced hypnosis, electronic torture and radio frequency neural contact with unwitting human targets, some of whom are Vietnam War veterans now suing the U.S. Government. The White House and Congress denounced the CIA and banned further mind control experiments. Yet, many published reports claim the testing never stopped and now the technology has been perfected. Evidence of that is detailed in a 1992 federal law suit filed by an NSA "whistleblower" who contends that land-based and space-based technologies can now isolate a person's individual neural frequencies and can remotely connect to the brain. This link, according to the suit, enables synthetic telepathy, manipulates the central nervous system. "The case never went to trial but the law suit is heralded by many victims as a succinct document explaining what is happening to them," according to Lynn Weed, FFCHS' legal director. Robinson explained, "Some experts refer to the combination of psychological torment and technological terror as Psychotronic Torture." Robinson added, "There are some common denominators among targeted individuals of organized stalking and electronic harassment. They are often minorities, including disabled persons, Blacks and Jews. Sometimes they are whistleblowers. Often they are embroiled in bad business deals or personal relationship issues, including break-ups, divorce and child custody battles. In the end, victims become ill, depressed, frustrated, jobless and penniless." Walbert said, "I know the effects all too well. He added, "The targeting will continue until the American people and our leaders start looking for evidence, start examining facts and start asking questions just like the White House and Senate did in the late 1970s. Walbert concluded, "The war against our own people remains widespread and pervasive -- nothing has changed except the technology is more advanced and more frightening 40 years later."

# Havana syndrome

From Wikipedia, the free encyclopedia
Jump to navigation Jump to search

**Havana syndrome**



The Hotel Nacional in Havana is one of the locations where the syndrome occurred.[1]

**Symptoms** Hearing strange grating noises, headache, hearing loss, memory loss, and nausea

**Causes** Likely caused by directed microwaves, although not definitively determined[2][3][4]

**Havana syndrome** is a set of medical signs and symptoms reported by United States and Canadian embassy staff in Cuba dating back to late 2016 as well as subsequently in some other countries, including the United States.[5][6][7]

In 2017, Donald Trump accused Cuba of perpetrating unspecified attacks causing these symptoms. The U.S. reduced staff at their embassy to a minimum in response.[8] In 2018, U.S. diplomats in China reported problems similar to those reported in Cuba, as did undercover CIA agents working in other countries with partner agencies to counter Russian covert operations.[9][10]

Subsequent studies of the affected diplomats in Cuba, published in the journal *JAMA* in 2018, found evidence that the diplomats experienced some form of brain injury, but did not determine the cause of the injuries.[11][12] While there is no expert consensus on the cause of the symptoms,[7] a co-author of the *JAMA* study considered microwave weapons to be "a main suspect" for the phenomenon.[3][13] U.S. National Academies of Sciences, Engineering, and Medicine expert committee concluded in December 2020 that microwave energy (specifically, directed pulsed RF energy) "appears to be the most plausible mechanism in explaining these cases among those that the committee considered" but that "each possible cause remains speculative."[14][2][4] The U.S. intelligence services have not reached a consensus or formal determination on the cause of the Havana syndrome, but unnamed sources in intelligence and two presidential administrations have expressed suspicions to the press that Russian military intelligence is responsible.[15][16]

# Contents

- 1 Cuba
  - 1.1 Events
  - 1.2 Impact on American diplomats
  - 1.3 U.S. government investigations
  - 1.4 Impact on Canadian diplomats
  - 1.5 Cuban government reactions
  - 1.6 Studies regarding injury
  - 1.7 Theories regarding cause
    - 1.7.1 Microwaves
    - 1.7.2 Previously proposed causes
    - 1.7.3 Psychogenic origin
- 2 Elsewhere
  - 2.1 Guangzhou, China
  - 2.2 Other locations
- 3 U.S. government investigation

- o 3.1 Russian responsibility hypothesis
- o 3.2 Trump administration and lapses in initial investigation
- o 3.3 Defense Department and CIA task forces
- 4 See also
- 5 References

# Cuba[edit]



Cuba

In August 2017, reports began surfacing that American and Canadian[17] diplomatic personnel in Cuba had experienced unusual, unexplained health problems dating back to late 2016.[18][19] The number of American citizens experiencing symptoms was 26 as of June 2018.[20]

## Events[edit]

The health problems typically had a sudden onset: the victim would suddenly begin hearing strange grating noises that they perceived as coming from a specific direction. Some of them experienced it as a pressure or a vibration; or as a sensation comparable to driving a car with the window partly rolled down. The duration of these noises ranged from 20 seconds to 30 minutes, and always happened while the diplomats were either at home or in hotel rooms. Other people nearby, family members and guests in neighboring rooms, did not report hearing anything.[21]

## Impact on American diplomats[edit]

Some U.S. embassy individuals have experienced lasting health effects, including one unidentified diplomat who is said to now need a hearing aid.[22] The State Department declared that the health problems were either the result of an attack, or due to exposure to an unknown device,[23] and declared that they were not blaming the Cuban government, but would not say who was to blame.[24] Affected individuals described symptoms such as hearing loss, memory loss, and nausea.[23] Speculation centered around a sonic weapon,[25] with some researchers pointing to infrasound as a possible cause.[26]

In August 2017, the United States expelled two Cuban diplomats in response to the illnesses.[18] In September, the U.S. State Department stated that it was removing non-essential staff from the US embassy, and warned U.S. citizens not to travel to Cuba.[27] In October 2017, U.S. President Donald Trump said that "I do believe Cuba's responsible. I do believe that",[28] going on to say "And it's a very unusual attack, as you know. But I do believe Cuba is responsible."[8]

On March 2, 2018, the U.S. State Department announced it would continue to staff its embassy in Havana at the minimum level required to perform "core diplomatic and consular functions" due to concerns about health attacks on staff. The embassy had been operating under "ordered departure status" since September, but the status was set to expire. This announcement served to extend the staff reductions indefinitely.[29]

**U.S. government investigations[edit]**

In January 2018, the Associated Press reported that a non-public FBI report found no evidence of an intentional sonic attack.[30] A November 2018 report in the *New Yorker* found that the FBI's investigation into the incidents was stymied by conflict with the CIA and the State Department; the CIA was reluctant to reveal, even to other U.S. government agencies, the identities of affected officers, because of the CIA's concern about possible leaks. Federal rules on the privacy of employee medical records also hindered the investigation.[5]

In January 2018, at the direction of Secretary of State Rex Tillerson, the Department of State convened an Accountability Review Board,[31] which is "an internal State Department mechanism to review security incidents involving diplomatic personnel."[32] Retired United States Ambassador to Libya Peter Bodde was chosen to lead the board.[32]

**Impact on Canadian diplomats[edit]**

In March 2018, MRI scans and other tests taken by a chief neurologist in Pittsburgh, on an unspecified number of Canadian diplomats showed evidence of brain damage that mirrored the injuries some of their American counterparts had faced. In spring of 2018, Global Affairs Canada ended family postings to Cuba and withdrew all staff with families. Several of the Canadians who were impacted in 2017 were reported to still be unable to resume their work due to the severity of their ailments. The fact that, as of February 2019, there was no knowledge of the cause of "Havana syndrome" had made it challenging for the RCMP to investigate.[33]

In 2019, the government of Canada announced that it was reducing its embassy staff in Havana after a 14th Canadian diplomat reported symptoms of Havana syndrome in

late December 2018.[34] In February 2019, several Canadian diplomats sued the Canadian government, arguing that it failed to protect them or promptly address serious health concerns.[35][36] The government has sought to dismiss the suit, arguing in November 2019 that it was not negligent and did not breach its duties to its employees. In court filings, the government acknowledged that several of the 14 plaintiffs in the suit suffered from concussion-like symptoms, but said that no definitive cause or medical diagnosis had been ascertained.[37] In a November 2019 statement, Global Affairs Canada said, "We continue to investigate the potential causes of the unusual health symptoms."[37]

## Cuban government reactions[edit]

After the incident was made public, the Cuban Foreign Minister accused the U.S. of lying about the incident and denied Cuban involvement in the health problems experienced by diplomats or knowledge of their cause.[38][39]

The Cuban government offered to cooperate with the U.S. in an investigation of the incidents.[40] It employed about 2000 scientists and law enforcement officers who interviewed 300 neighbors of diplomats, examined two hotels, and also medically examined non-diplomats who could have been exposed. NBC reported that Cuban officials stated that they analyzed air and soil samples, and considered a range of toxic chemicals. They also examined the possibility that electromagnetic waves were to blame, and even looked into whether insects could be the culprit, but found nothing they could link to the claimed medical symptoms. The FBI and Cuban authorities met to discuss the situation; the Cubans stated that the U.S. neither agreed to share the diplomats' medical records with Cuban authorities nor allowed Cuban investigators access to U.S. diplomats' homes to conduct tests.[41]

## Studies regarding injury[edit]

At the request of the U.S. government, University of Pennsylvania researchers examined 21 affected diplomats, and the preliminary results were published in the *Journal of the American Medical Association* (*JAMA*) in March 2018. The report "found no evidence of white matter tract abnormalities" in affected diplomats, beyond what might be seen in a control group of the same age, and described "a new syndrome in the diplomats that resembles persistent concussion."[42][43] While some of those affected recovered swiftly, others had symptoms lasting for months. The study concluded that "the diplomats appear to have sustained injury to widespread brain networks."[42][43] Some experts criticized the study, arguing that there was "no proof that any kind of energy source affected the diplomats, or even that an attack took place."[42] Subsequent study findings by the University of Pennsylvania team, published in July 2019, found that compared to a healthy control group, the diplomats who had reported injury had

experienced brain trauma; advanced MRI scans (specifically res-fMRI, multimodal MRI, and diffusion MRI) revealed "differences in whole brain white matter volume, regional gray and white matter volume, cerebellar microstructural integrity, and functional connectivity in the auditory and visuospatial subnetworks" but found no differences in executive functions.[11][12] The study concluded that the U.S. government personnel had been physically injured in a way consistent with the symptoms that they described, but expressed no conclusion on the cause or source of the injury.[11][12] The *New York Times* reported: "Outside experts were divided on the study's conclusions. Some saw important new evidence; others say it is merely a first step toward an explanation, and difficult to interpret given the small number of patients."[12]

In response to a December 2017 request from the State Department, the Centers for Disease Control and Prevention conducted a "Cuba Unexplained Events Investigation."[44][13] The two-year investigation of the medical records of 95 U.S. diplomats and family members in Havana who reported symptoms, resulted in a final report, marked for official use only, dated December 2019.[45] In January 2021, the report was obtained by both BuzzFeed News and George Washington University's National Security Archive pursuant to the Freedom of Information Act requests (some material in the released report was redacted for medical privacy reasons).[44][45] The CDC developed a "case definition" of the Havana syndrome, consisting of a biphasic (two-stage) syndrome, with a first phase of symptoms (sometimes closely after an auditory or sensory event) followed by a subsequent onset of "cognitive deficits or vestibular disturbances" some time later.[13][45] The report concluded that, "Of the 95 persons whose medical records CDC evaluated, 15 had illnesses that met the criteria for a presumptive case definition. CDC classified 31 others as possible cases and the remaining 49 as not likely to be a case."[13] Two years later, six of the subjects in the CDC investigation were still being rehabilitated for their injuries, and four of them were still unable to return to work.[44] The CDC decided not to conduct a retrospective case–control study because of the length of time between the event and the onset of symptoms, which could lead to recall and selection biases that "could generate misleading or obscured findings."[44] The CDC concluded, "The evaluations conducted thus far have not identified a mechanism of injury, process of exposure, effective treatment, or mitigating factor for the unexplained cluster of symptoms experienced by those stationed in Havana."[13]

## Theories regarding cause[edit]

### Microwaves[edit]

In a 2018 interview, Douglas H. Smith, a co-author of the *JAMA* study, said that microwaves were "considered a main suspect" underlying the phenomenon.[3] A 2018

study published in the journal _Neural Computation_ by Beatrice Alexandra Golomb rejected the idea that a sonic attack was the source of the symptoms, and concluded that the facts were consistent with pulsed radiofrequency/microwave radiation (RF/MW) exposure as the source of injury. Golomb wrote that (1) the nature of the noises reported by the diplomats was consistent with sounds caused by pulsed RF/MW via the Frey effect; (2) the signs and symptoms reported by the diplomats matched symptoms from RF/MW exposure (problems with sleep, cognition, vision, balance, speech; headaches; sensations of pressure or vibration; nosebleeds; brain injury and brain swelling); (3) "oxidative stress provides a documented mechanism of RF/MW injury compatible with reported signs and symptoms"; and (4) in the past, the U.S. embassy in Moscow was subject to a microwave attack.[46] Neuroscientist Allan H. Frey, for whom the Frey effect is named, considered the microwave theory to be viable.[3]

In December 2020, a study by an expert committee of the U.S. National Academies of Sciences, Engineering, and Medicine, commissioned by the State Department, released its report, concluding that "Overall, directed pulsed RF energy ... appears to be the most plausible mechanism in explaining these cases among those that the committee considered" but that "each possible cause remains speculative" and that "the report should not be viewed as conclusive".[14][2][4] Chaired by David Relman, the committee included Linda Birnbaum, Ronald Brookmeyer, Caroline Buckee, Joseph Fins, David A. Whelan, and others.[4] The panel stated that a lack of information (such as medical testing data about affected persons) limited what it could conclude about the plausible explanations for the phenomenon.[4][47]

Some scientists, including physicist Peter Zimmerman, bioengineers Kenneth R. Foster and Andrei G. Pakhomov, and UCLA neurologist Robert Baloh, consider the microwave hypothesis to be implausible, with Baloh calling the National Academies conclusion "science fiction".[48][47]

**Previously proposed causes[edit]**

Prior to 2019, some researchers posited other possible causes for the injuries, including ultrasound via intermodulation distortion caused by malfunctioning or improperly placed Cuban surveillance equipment;[49][50] cricket noises,[51][52] and exposure to neurotoxic pesticides.[53][54] Early speculation of an acoustic or sonic cause was later determined to be unfounded.[46]

**Ultrasound[edit]**

In March 2018, Kevin Fu and a team of computer scientists at the University of Michigan reported in a study that ultrasound—specifically, intermodulation distortion from multiple inaudible ultrasonic signals—from malfunctioning or improperly placed

Cuban surveillance equipment could have been the origin of the reported sounds.[49][50][55]

U.S. personnel in Cuba made sound recordings which they released to the Associated Press. In January 2019, biologists Alexander L. Stubbs of the University of California, Berkeley and Fernando Montealegre-Z of the University of Lincoln analyzed these recordings and concluded that the sound was caused by the calling song of the Indies short-tailed cricket (*Anurogryllus celerinictus*) rather than a technological device. Stubbs and Montealegre-Z matched the song's "pulse repetition rate, power spectrum, pulse rate stability, and oscillations per pulse" to the recording.[56][51] Stubbs and Montealegre wrote that "Although the causes of the health problems reported by embassy personnel are beyond the scope of this paper and called for "more rigorous research into the source of these ailments, including the potential psychogenic effects, as well as possible physiological explanations unrelated to sonic attacks."[51] This conclusion was comparable to a 2017 hypothesis from Cuban scientists that the sound on the same recording is from Jamaican field crickets.[56][57][52][58] Reuters reported that JASON, a group of physicists and scientists who advise the U.S. government, determined that "a rare jungle cricket" was the cause of the sounds in Havana.[59]

**Pesticides or infectious agents[edit]**

A 2019 study commissioned by Global Affairs Canada of 23 exposed Canadian diplomats, completed in May 2019, found "clinical, imaging, and biochemical evidence consistent with the hypothesis" that over-exposure to cholinesterase inhibitors (a class of neurotoxic pesticide) such as pyrethroids and organophosphates (OPs) as a cause of brain injury; the embassies and other places in Cuba had been sprayed frequently as an anti-Zika virus mosquito control measure.[53][54][60] The study concluded that other possible causes could not be ruled out.[53]

The 2020 National Academies study found that that it was unlikely that "acute high-level exposure to OPs and/or pyrethroids contributed" to the illnesses, due to a lack of evidence of exposures to those pesticides or clinical histories consistent with such exposure.[4]:23 However, the National Academies study committee "could not rule out the possibility, although slight, that exposure to insecticides, particularly OPs, increased susceptibility to the triggering factor(s) that caused the Embassy personnel cases."[4]:23 The National Academies study committee also found it "highly unlikely" that an infectious disease (such as Zika virus, which was an epidemic in Cuba in 2016–17) caused the illnesses.[4]:23–24

**Psychogenic origin[edit]**

Some critics maintain that the symptoms represent episodes of mass hysteria,[61] which counters the 2018 *JAMA* report which considered a "wholly psychogenic or psychosomatic cause" to be very unlikely, given the physical evidence of brain trauma.[12] The 2020 National Academies report "considered chemical exposures, infectious diseases and psychological issues as potential causes or aggravating factors of the injuries" but determined that these were not the likely cause of the injuries.[62]

Mass psychogenic illness expert Robert Bartholomew and Robert Baloh, among others, argue against the microwave theory and propose that the syndrome is an example of a mass psychogenic illness.[63][64][65][66][67][61][68][69][57] Bartholomew expressed incredulity at State Department medical director Dr. Charles Rosenfarb's testimony that the department had "all but ruled out 'mass hysteria" as a cause.[66][70][71] In support of his stance, Bartholomew argued that in many of the cases the sounds reported by diplomats have been identified as the sound of insects, that the reported symptoms are common among many patients, and that the NAS report failed to reference evidence that the pattern of spread of the outbreaks is consistent with a psychogenic illness explanation.[64] However, Ragini Verma of the University of Pennsylvania Perlman School of Medicine, who was the co-lead author of the 2019 *JAMA* study,[43] considered a "wholly psychogenic or psychosomatic cause" to be very unlikely, given the researchers' findings.[12]

The National Academies committee sought evidence "that psychological and social factors may have caused or contributed to symptoms reported by DOS [Department of State] personnel," including Bartholomew and Baloh's suggestion that mass psychogenic illness could be the cause of symptoms.[4]:26, 28 The committee, however, wrote that "the likelihood of mass psychogenic illness as an explanation for patients' symptoms had to be established from sufficient evidence" and "could not be inferred merely by the absence of other causal mechanisms or the lack of definitive structural injuries."[4]:26 The committee concluded that, because it lacked patient-level psychological or psychiatric data, it "could not make a determination about the presence or absence of delusional disorder as a cause for the distinct acute symptoms in any affected persons," but that "delusional disorders could not explain the full range of symptoms reported by the entire group of patients."[4]:26 Noting that the "significant variability and clinical heterogeneity of the illnesses affecting DOS personnel leave open the possibility of multiple causal factors, over time and place, both for individual cases and for the population," the committee held that "psychological and social factors," like other mechanisms examined, could potentially "exacerbate other forms of pathology" and contribute to morbidity "in some of the cases, especially for individuals with chronic symptoms."[4]:28 The committee also concluded that the "acute initial, sudden-onset, distinct and unusual symptoms and signs described in

some affected DOS personnel ... cannot be ascribed to psychological and social factors in the absence of patient-level data."[4]:28

In a March 2021 article published in *Science-Based Medicine*, bioengineer Kenneth Foster and biophysicist CK Chou criticized the National Academies study; they argued that the symptoms were not cause by microwave weapons, that the committee was "steered by its agenda to focus on microwave weapons as the cause of the symptoms" and "lacked the time and resources to explore other theories," such as participation by a social psychologist with expertise in mass psychogenic illness."[72]

# Elsewhere[edit]

### Guangzhou, China[edit]

In early 2018, accusations similar to those reported by diplomats in Cuba began to be made by U.S. diplomats in China. The first incident reported by an American diplomat in China was in April 2018 at the Guangzhou consulate, the largest U.S. consulate in China. The employee reported that he had been experiencing symptoms since late 2017. Several individuals were taken to the United States for medical examination.[9][73][74] Another incident had previously been reported by a USAID employee at the U.S. Embassy in Tashkent, Uzbekistan, in September 2017; the employee's report was discounted by the U.S. State Department.[75]

Answering questions from the House Foreign Affairs Committee on May 23, 2018, Secretary of State Mike Pompeo confirmed that U.S. diplomatic staff in Guangzhou had reported symptoms "very similar" to, and "entirely consistent" with, those reported from Cuba.[76][77] On June 6, 2018, *The New York Times* reported that at least two additional U.S. diplomats stationed at the Guangzhou consulate had been evacuated from China, and reported that "it remains unclear whether the illnesses are the result of attacks at all. Other theories have included toxins, listening devices that accidentally emitted harmful sounds, or even mass hysteria."[73] In June 2018, the State Department announced that a task force had been assembled to investigate the reports[78] and expanded their health warning to all of mainland China amid reports some US diplomats outside of Guangzhou had experienced the same symptoms resembling a brain injury.[79] The warning told anyone who experienced "unusual acute auditory or sensory phenomena accompanied by unusual sounds or piercing noises" to "not attempt to locate their source."[80]

### Other locations[edit]

In 2019, a White House official reported experiencing debilitating symptoms while walking her dog in a Virginia suburb of Washington; the incident was publicly reported

in 2020.[7] In November 2020, a similar incident was reported on The Ellipse, a lawn adjacent to the south side of the White House.[7][81] Both incidents were similar to those that were reported to have struck dozens of U.S. personnel overseas, including CIA and State Department personnel.[7] Federal agencies investigated the incident at The Ellipse, and Defense Department officials briefed members of the Senate Armed Services Committee and House Armed Services Committee in April 2021.[7] Investigators told members of Congress that they had not been able to determine the cause of the events or who was responsible, although officials indicated that it was possible that Russia or China were responsible.[7]

Roughly 130 total possible cases of attacks have been reported, with about 50 affecting CIA personnel, and the rest being primarily U.S. military personnel, State Department personnel, and their family members.[16] Attacks targeting U.S. intelligence personnel were reported, beginning in late 2017, in locations around the world, including in Moscow, Russia; Poland; Tbilisi, Georgia; Taiwan and Australia;[82] other reports came from Colombia, Kyrgyzstan, Uzbekistan, and Austria, among other countries.[16] A 2021 article by Julie Ioffe, published in *GQ* magazine, stated that the "most compelling evidence" of Russian involvement derives from mobile phone tracking: "Using this sort of data, CIA investigators were able to deduce the whereabouts of Russian agents, and place them in close physical proximity to the CIA officers at the time they had been attacked when they were in Poland, Georgia, Australia, and Taiwan. In each case, individuals believed to be FSB agents were within range of the CIA officers who had been hit in 2019. In two of the incidents, location data apparently showed FSB agents in the same hotel at the same time their targets experienced the onset of symptoms."[82] A 2021 report in the *New Yorker* cited a number of incidents recounted by Mark Vandroff, who served as the senior director for defense policy at the National Security Council: "One of the most dramatic episodes involved a U.S. military officer stationed in a country with a large Russian presence. As the officer pulled his car into a busy intersection, he suddenly felt as though his head were going to explode. His two-year-old son, in a car seat in the back, started screaming. As the officer sped out of the intersection, the pressure in his head ceased, and his son went quiet. A remarkably similar incident was reported by a C.I.A. officer who was stationed in the same city, and who had no connection to the military officer."[16] Three White House staffers reported symptoms at the InterContinental London Park Lane in late May 2019.[16] One of the CIA officials who suffered symptoms in Australia and Taiwan was one of the top five-ranking officials in the agency.[82] The Russian embassy in Australia dismissed reports of Russian operatives targeting CIA personnel in Australia.[83]

## U.S. government investigation[edit]

The U.S. State Department said in February 2021 that its ongoing investigation was "a high priority" for the department.[84]

## Russian responsibility hypothesis[edit]

Many current and former U.S. officials identified Russia as likely responsible for the attacks,[84] a suspicion shared by both Trump and Biden administration officials.[16] This view was shared by CIA analysts on Russia, State Department officials, outside science experts, and several of victims.[10] Russia has a history of researching, developing, and using weapons that cause brain injuries, such as the Cold War-era "Moscow Signal" targeting the American embassy in Moscow.[10][85] A 2014 NSA report raised suspicions that Russia used a microwave weapon to target a person's living quarters, causing nervous system damage; and Russia has an interest in disrupting cooperation between the U.S., China, and Cuba.[10] The U.S. diplomats stationed in China and Cuba who reported ailments were working to increase cooperation with those countries, and some CIA analysts voiced suspicion Russia thus sought to derail their work.[10]

In May 2021, *Politico* reported that three current and former U.S. officials "with direct knowledge of the discussions" said that the U.S. government suspected that Russia's GRU, the Russian military intelligence agency, was behind alleged attacks, although the U.S. Intelligence Community have not "reached a consensus or made a formal determination."[15] In May 2021, *New Yorker* reported that the U.S. government's "working hypothesis" was that GRU agents "have been aiming microwave-radiation devices at U.S. officials to collect intelligence from their computers and cell phones, and that these devices can cause serious harm to the people they target."[16] The U.S. government has not publicly accused Russia of the attacks; U.S. intelligence officials privately refer to the events as "attacks" but publicly referred to them as "anomalous health incidents."[16] According to two officials interviewed by *Politico*, "While investigators have not determined definitively that these incidents are caused by a specific weapon, some believe any such device would be primarily transported by vehicle" and that "Some could be small enough to fit into a large backpack, and an individual can be targeted from 500 to 1,000 yards away."[15] James Lin of the University of Illinois, an expert on the biological effects of microwave energy, agreed that an Havana syndrome attack could be caused by a small apparatus that could fit in a van or SUV.[85]

## Trump administration and lapses in initial investigation[edit]

In October 2020, the *New York Times* reported that U.S. diplomats and intelligence officers, including senior leaders, had clashed with Trump administration appointees, including CIA director Gina Haspel and State Department leaders, over the nature and

causes of the suspected attacks.[10] A *Times* investigation found that the State Department had "produced inconsistent assessments of patients and events, ignored outside medical diagnoses and withheld basic information from Congress."[10] Despite the general view within the U.S. government that Russia was responsible, two U.S. officials told the *Times* that Haspel was not convinced of Russia's responsibility, or even whether an attack occurred.[10]

A 2018 State Department report was declassified, and posted on the George Washington University's National Security Archive, after Freedom of Information Act litigation brought by the James Madison Project. The documents indicate that the initial State Department handling of the attacks was botched. Peter Kornbluh of the National Security Archive noted that the 2018 report concluded that the department's "initial investigation assessment of what was going on" was marred by chaos, disorganization, and excessive secrecy.[10] In 2021, sources familiar with the various ongoing investigations told CNN that a primary obstacle to progress by the U.S. government in investigating the syndrome was a lack of interagency coordination between the CIA, FBI, Centers for Disease Control and Prevention, and State Department, which conducted separate and "largely siloed" investigations.[84] The limited coordination among the varying agencies was based in part of "the highly classified nature of some details and the privacy restrictions of health records, and that has hampered progress."[84]

An U.S. Office of Special Counsel investigation resulted in an April 2020 determination that there was "a substantial likelihood of wrongdoing" by State Department leadership.[10] Mark Lenzi, who was a State Department diplomatic security officer stationed in Guangzhou, accused the department of a "deliberate, high-level cover-up" and of failing to protect their employees.[10] Marc Polymeropoulos, a 26-year CIA veteran, who retired in 2019, similarly felt betrayed by CIA leadership, accusing the agency of failing to respond appropriately to a vertigo-inducing attack in Moscow in December 2017 (which Polymeropoulos called "the most terrifying experience of my life" and more frightening than experiences in Iraq and Afghanistan).[84] Polymeropoulos fought with the CIA for years to obtain specialized medical treatment, after the agency cast doubt on the similarities between the symptoms he experienced and those suffered by the diplomats in Havana.[84] Polymeropoulos was ultimately diagnosed at the U.S. government's Walter Reed Medical Center with traumatic brain injury; attorney Mark Zaid, who represented almost a dozen clients who had become ill from similar attacks, said that Polymeropoulos was the only one of his clients who had received treatment at Walter Reed, with others obtaining treatment only from personal doctors or academic medical centers.[84]

**Defense Department and CIA task forces[edit]**

Near the end of the Trump administration, the Defense Department established a task force to investigate reports of attacks on DoD personnel abroad.[7] The DoD established the task force partly due to frustration over what DoD officials considered to be a sluggish and lackluster response by the CIA and Department of State.[7] Christopher C. Miller, who was acting defense secretary at the time, said in 2021 that, "I knew CIA and Department of State were not taking this shit seriously and we wanted to shame them into it by establishing our task force."[7] Miller said that he began to consider the reports of mysterious symptoms to be a high priority in December 2020, after he conducted an interview with a person with major combat experience who detailed symptoms.[7]

In December 2020, the CIA established a task force to investigate the attacks.[7][84] The agency set up the task force after continued reports of debilitating attacks against CIA officers in various places around the world.[84] The CIA expanded its investigation under Director William Joseph Burns, who took office in 2021.[7] In March 2021, the State Department appointed a senior official to oversee the department's response to the attacks.[7]

The Senate Intelligence Committee leadership (chairman Mark Warner and vice chairman Marco Rubio) said in 2021 that it was working with Burns and the CIA on connection with the investigation, saying "We have already held fact finding hearings on these debilitating attacks, many of which result in medically confirmed cases of Traumatic Brain Injury, and will do more."[86] In May 2021, *Politico* reported that intelligence officials had recently told Congress that they had 'intensified their investigation ... to include all 18 federal intelligence agencies and that the investigation was focused on the potential involvement of GRU, the Russian spy agency.[15]

After the reports of the incident at The Ellipse nearby the White House in Washington, Defense Department investigators briefed members of Congress, even though it occurred within the U.S.; this was because the DoD investigation was more advanced than the FBI or the Intelligence Community investigations.[7]

## See also[edit]

- China–United States relations
- Cuba–United States relations
- Mass psychogenic illness
- Russian military deception
- Russia–United States relations
- Yellow rain
- Sonic weapon

# References[edit]

1. ^ "Cuba Travel Advisory". Travel.state.gov. Department of State. January 10, 2018. Archived from the original on January 30, 2018. Retrieved June 22, 2018.
2. ^ Jump up to:ª b c "'Havana syndrome' likely caused by directed microwaves - US report". BBC News. December 6, 2020.
3. ^ Jump up to:ª b c d Broad, William J. (September 1, 2018). "Microwave Weapons Are Prime Suspect in Ills of U.S. Embassy Workers". New York Times. Archived from the original on May 13, 2020. Retrieved September 2, 2018.
4. ^ Jump up to:ª b c d e f g h i j k l m Consensus Study Report: An Assessment of Illness in U.S. Government Employees and Their Families at Overseas Embassies Archived December 9, 2020, at the Wayback Machine, Standing Committee to Advise the Department of State on Unexplained Health Effects on U.S. Government Employees and Their Families at Overseas Embassies, of the National Academies of Sciences, Engineering, and Medicine (2020).
5. ^ Jump up to:ª b Entous, Adam; Anderson, Jon Lee (November 19, 2018). "The Mystery of the Havana Syndrome: Unexplained brain injuries afflicted dozens of American diplomats and spies. What happened?". The New Yorker. Archived from the original on November 27, 2018. Retrieved December 3, 2018.
6. ^ Payne, Elizabeth (November 30, 2018). "Ottawa doctor treating Canadian diplomats with mysterious 'Havana syndrome'" Ottawa Citizen. Archived from the original on December 4, 2018. Retrieved December 3, 2018. It is being called Havana syndrome and officials in Canada and the United States, where more than 20 diplomats have been affected, are trying to identify the cause of the injuries.
7. ^ Jump up to:ª b c d e f g h i j k l m n Katie Bo Williams & Jeremy Herb, US investigating possible mysterious directed energy attack near White House Archived April 29, 2021, at the Wayback Machine, CNN (April 29, 2021).
8. ^ Jump up to:ª b "Trump says Cuba 'responsible' for alleged sonic attacks, but offers no evidence". The Guardian. October 16, 2017. Archived from the original on October 16, 2017. Retrieved December 7, 2017.
9. ^ Jump up to:ª b "China Pledges to Investigate Fears of Sonic Attacks on U.S. Diplomats". The New York Times. June 7, 2018. Archived from the original on June 12, 2018. Retrieved June 7, 2018.
10. ^ Jump up to:ª b c d e f g h i j k Ana Swanson (October 19, 2020). "U.S. Diplomats and Spies Battle Trump Administration Over Suspected Attacks". The New York Times. Archived from the original on October 19, 2020. Retrieved October 20, 2020.
11. ^ Jump up to:ª b c Ragini Verma; Randel L. Swanson; Drew Parker; et al. (2019). "Neuroimaging Findings in US Government Personnel With Possible Exposure to Directional Phenomena in Havana, Cuba". JAMA. 322 (4): 336–347. doi:10.1001/jama.2019.9269. PMC 6652163. PMID 31334794.
12. ^ Jump up to:ª b c d e f Benedict Carey (July 23, 2019). "Were U.S. Diplomats Attacked in Cuba? Brain Study Deepens Mystery". New York Times. Archived from the original on December 2, 2020. Retrieved July 23, 2019.
13. ^ Jump up to:ª b c d e CUBA Unexplained Events Investigation - Final Report (PDF). Centers for Disease Control and Prevention. December 3, 2019.
14. ^ Jump up to:ª b Breslauer, Brenda; Dilanian, Ken; Lederman, Josh (December 5, 2020). "'Havana Syndrome' likely caused by pulsed microwave energy, government study finds". NBC News. Archived from the original on March 3, 2021. Retrieved February 27, 2021.
15. ^ Jump up to:ª b c d Lara Seligman & Andrew Desiderio (May 10, 2021). "Russian spy unit suspected of directed-energy attacks on U.S. personnel". Politico.

16. ^ Jump up to:[a][b][c][d][e][f][g][h] Adam Entous (May 31, 2021). *"Are U.S. Officials Under Silent Attack?"*. *New Yorker*. Top officials in both the Trump and the Biden Administrations privately suspect that Russia is responsible for the Havana Syndrome. Their working hypothesis is that agents of the G.R.U., the Russian military's intelligence service, have been aiming microwave-radiation devices at U.S. officials to collect intelligence from their computers and cell phones, and that these devices can cause serious harm to the people they target.

17. ^ *"Mystery of sonic weapon attacks at US embassy in Cuba deepens"*. *The Guardian*. September 14, 2017. Archived from the original on November 26, 2018. Retrieved October 19, 2017.

18. ^ Jump up to:[a][b] Neuman, Scott (August 9, 2017). *"Cuban Diplomats Expelled After US Embassy Staff 'Incidents' In Havana"*. *NPR*. Archived from the original on October 4, 2017. Retrieved October 1, 2017.

19. ^ Connor, Tracy; Murray, Mary; Williams, Abigail (September 17, 2017). *"Victim of Cuba embassy 'attacks' frustrated by response"*. *NBC News*. Archived from the original on September 28, 2017. Retrieved October 1, 2017.

20. ^ *"U.S. says another American suffers illness at its Cuba embassy"*. *Reuters*. June 28, 2018. Archived from the original on July 3, 2018. Retrieved July 3, 2018.

21. ^ Hurley, Dan (March 22, 2018). "The Mystery Behind Neurological Symptoms Among US Diplomats in Cuba: Lots of Questions, Few Answers". *Neurology Today*. **18** (6): 1, 24–26. doi:10.1097/01.NT.0000532085.86007.9b.

22. ^ Zachary Cohen. *"New audio adds to mystery of Cuba attacks"*. *CNN*. Archived from the original on October 14, 2017. Retrieved October 14, 2017.

23. ^ Jump up to:[a][b] Doubek, James. *"At Least 16 U.S. Embassy Staff In Cuba Treated After 'Health Attacks'"*. *NPR*. Archived from the original on December 21, 2018. Retrieved April 5, 2018.

24. ^ U.S. does not believe Cuba is behind sonic attacks on American diplomats Archived October 18, 2017, at the Wayback Machine. McClatchy News Service, September 26, 2017.

25. ^ Chavez, Nicole (August 10, 2017). *"Using sound to attack: The diverse world of acoustic devices"*. *CNN*. Archived from the original on September 26, 2018. Retrieved October 14, 2017.

26. ^ Catherine McIntyre (August 24, 2017). *"How Canadian diplomats in Cuba are being acoustically attacked"*. *Maclean's*. Archived from the original on August 12, 2020. Retrieved June 8, 2020.

27. ^ Rich Edson (September 29, 2017). *"US stops issuing visas in Cuba, cuts embassy staff, urges no travel to island"*. *Fox News*. Archived from the original on September 29, 2017. Retrieved October 1, 2017.

28. ^ Zachary Cohen. *"Trump blames Cuba for mysterious attacks on US diplomats"*. *CNN*. Archived from the original on November 26, 2018. Retrieved December 7, 2017.

29. ^ Koran, Laura; Oppmann, Patrick (March 2, 2018). *"US Embassy in Cuba to reduce staff indefinitely after 'health attacks'"*. *CNN*. Archived from the original on April 22, 2018. Retrieved April 22, 2018.

30. ^ Josh Lederman & Matthew Lee, Tillerson tells AP Cuba still risky; FBI doubts sonic attack, Associated Press (January 8, 2018).

31. ^ *"Tillerson to order new probe of Havana embassy health "attacks""*. *Reuters*. January 9, 2018. Archived from the original on April 7, 2018. Retrieved April 7, 2018.

32. ^ Jump up to:[a][b] *"Retired ambassador to Libya to lead Cuba attacks review"*. *CNN*. Archived from the original on January 10, 2018. Retrieved January 10, 2018.

33. ^ *"Blood and bureaucracy: Inside Canada's panicked response to 'Havana syndrome'"*. Archived from the original on February 7, 2019. Retrieved February 7, 2019.

34. ^ *"'Havana Syndrome' forces Canada to halve its diplomatic presence in Cuba"* Archived January 31, 2019, at the Wayback Machine. Radio Canada International, January 30, 2019.

35. ^ _"Ailing Canadian diplomats who served in Cuba have 'visible and real' health impacts. Trudeau"_. *The Star*. February 7, 2019. _Archived_ from the original on February 8, 2019. *Retrieved February 7, 2019.*

36. ^ Dan Bilefsky, Canadian Diplomats Sue Their Government Over Mysterious Cuban Disease Archived August 19, 2019, at the Wayback Machine, *New York Times* (February 7, 2019).

37. ^ Jump up to:[a] [b] Brian Platt, In court filing, Canadian government argues diplomats exaggerated 'Havana Syndrome' claims behind $28M lawsuit, *National Post* (November 26, 2019).

38. ^ _"Cuba official accuses US of lying about sonic attacks"_. *Associated Press. November 3, 2017.* _Archived_ from the original on December 3, 2017. Retrieved December 7, 2017.

39. ^ Gaouette, Nicole (November 2, 2017). _"Cuban Minister rejects US sonic attack claims"_. *CNN.* _Archived_ from the original on January 8, 2018. Retrieved January 7, 2018.

40. ^ _"Statement by the Ministry of Foreign Affairs of Cuba"_. *Minrex.gob.cu. Minrex. August 9, 2017. Archived from* the original *on April 7, 2018. Retrieved April 7, 2018.*

41. ^ Mitchell, Andrea; Murray, Mary (October 24, 2017). _"Cubans Forcefully Reject Blame for U.S. Diplomats' Mystery Ailments"_. *NBC News.* _Archived_ from the original on December 25, 2017. *Retrieved December 26, 2017.*

42. ^ Jump up to:[a] [b] [c] Sample, Ian (February 24, 2018). _"Fresh row over mysterious sickness affecting US diplomats in Cuba"_. *The Guardian.* _Archived_ from the original on April 6, 2018. *Retrieved April 6, 2018.*

43. ^ Jump up to:[a] [b] [c] Randel L. Swanson II; Stephen Hampton; Judith Green-McKenzie; et al. (2018). _"Neurological Manifestations Among US Government Personnel Reporting Directional Audible and Sensory Phenomena in Havana, Cuba"_. *JAMA.* **319** (11): 1125–1133. _doi_:10.1001/jama.2018.1742. _PMC_ 5885885. _PMID_ 29450484.

44. ^ Jump up to:[a] [b] [c] [d] Vergano, Dan (January 15, 2021). _"Medical Records Can't Explain "Havana Syndrome," A Buried CDC Report Says"_. *BuzzFeed News. Retrieved May 11, 2021.*

45. ^ Jump up to:[a] [b] [c] Peter Kornbluh, ed. (February 2, 2021). _Briefing Book #739: CDC Report on the 'Havana Syndrome'_. *National Security Archive, George Washington University.*

46. ^ Jump up to:[a] [b] Golomb, Beatrice Alexandra (November 2018). "Diplomats' Mystery Illness and Pulsed Radiofrequency/Microwave Radiation". *Neural Computation.* **30** (11): 2882–2985. _doi_:10.1162/neco_a_01133. _ISSN_ 0899-7667. _PMID_ 30183509. _S2CID_ 52162053.

47. ^ Jump up to:[a] [b] Vergano, Dan (December 7, 2020). _"Scientists Are Slamming A Report Saying Microwave Attacks Could Have Caused "Havana Syndrome" In US Diplomats"_. *BuzzFeed News.* _Archived_ from the original on April 12, 2021. Retrieved April 12, 2021.

48. ^ Kaplan, Sarah; Achenbach, Joel (September 6, 2018). _"Scientists and doctors zap theory that microwave weapon injured Cuba diplomats"_. *Washington Post.* _Archived_ from the original on December 16, 2018. Retrieved January 5, 2019.

49. ^ Jump up to:[a] [b] _"On Cuba, Diplomats, Ultrasound, and Intermodulation Distortion"_ (PDF). *University of Michigan Tech Report CSE-TR-001-18. March 1, 2018.* _Archived_ (PDF) from the original on May 31, 2019. Retrieved July 24, 2019.

50. ^ Jump up to:[a] [b] Torres, Nora Gámez (March 2, 2018). _"Computer scientists may have solved the mystery behind the 'sonic attacks' in Cuba"_. *Miami Herald.* _Archived_ from the original on April 22, 2018. Retrieved April 22, 2018.

51. ^ Jump up to:[a] [b] [c] Alexander L. Stubbs & Fernando Montealegre-Z (2019). _"Recording of "sonic attacks" on U.S. diplomats in Cuba spectrally matches the echoing call of a Caribbean cricket"_. *bioRxiv:* 510834. _doi_:10.1101/510834. _S2CID_ 92213135. _Archived_ from the original on July 24, 2019. Retrieved July 24, 2019.

52. ^ Jump up to:[a] [b] Stone, Richard (December 8, 2017). "Cuban panel claims stress caused mystery illnesses". *Science. AAAS.* **358** (6368): 1236–1237. _Bibcode_:2017Sci...358.1236S. _doi_:10.1126/science.358.6368.1236. _PMID_ 29217550.

53. ^ Jump up to:*ᵃ ᵇ ᶜ* Alon Friedman; Cindy Calkin; Chris Bowen (May 24, 2019). _Havana Syndrome: Neuroanatomical and Neurofunctional Assessment in Acquired Brain Injury Due to Unknown Etiology_ (Report). _Archived_ from the original on September 19, 2019. Retrieved September 20, 2019 – via Scribd.

54. ^ Jump up to:*ᵃ ᵇ* Luc Chartrand, Martin Movilla and Lisa Ellenwood (September 19, 2019). _"Havana syndrome: Exposure to neurotoxin may have been cause, study suggests"_. _Archived_ from the original on September 20, 2019. Retrieved September 20, 2019.

55. ^ McKay, Tom (March 3, 2018). _"Study: Malfunctioning Surveillance Gear, Not Sonic Weapons, Could Explain Cuba Embassy 'Attack'"_. Gizmodo.com. Gizmodo. _Archived_ from the original on April 22, 2018. Retrieved April 22, 2018.

56. ^ Jump up to:*ᵃ ᵇ* Zimmer, Carl (January 4, 2019). _"The Sounds That Haunted U.S. Diplomats in Cuba? Lovelorn Crickets, Scientists Say"_. New York Times. _Archived_ from the original on January 5, 2019. Retrieved January 5, 2019.

57. ^ Jump up to:*ᵃ ᵇ* Stone, Richard (February 15, 2018). _"U.S. diplomats in Cuba have unusual brain syndrome, but there's no proof they were attacked, study says"_. Science. AAAS. _doi:10.1126/science.aat3410_.

58. ^ Stone, Richard (June 20, 2018). _"Sonic attack or mass paranoia? New evidence stokes debate over diplomats' mysterious illness"_. Science. AAAS. _doi:10.1126/science.aau5386_ (inactive May 31, 2021). _Archived_ from the original on June 22, 2018. Retrieved July 24, 2019.

59. ^ Levinson, Charles (July 30, 2019). _"Special Report: Inside a Trump-era purge of military scientists at a legendary think tank"_. Reuters. _Archived_ from the original on July 30, 2019. Retrieved July 30, 2019.

60. ^ Frank, Marc (September 19, 2019). _"Neurotoxin may have caused diplomats' illness in Cuba: study"_. _Reuters_. _Archived_ from the original on September 20, 2019. Retrieved September 19, 2019.

61. ^ Jump up to:*ᵃ ᵇ* _Borger, Julian_; Jaekl, Philip (October 12, 2017). _"Mass hysteria may explain 'sonic attacks' in Cuba, say top neurologists"_. The Guardian. _Archived_ from the original on October 14, 2017. Retrieved February 27, 2018.

62. ^ Jamie Crawford, 'Sonic attacks' suffered by US diplomats likely caused by microwave energy, government study says Archived December 6, 2020, at the Wayback Machine, CNN (December 5, 2020).

63. ^ Baloh, Robert; Bartholomew, Robert (2020). Havana syndrome: Mass psychogenic illness and the real story behind the embassy mystery and hysteria. Chaim, Switzerland: Copernicus Books. _ISBN_ 978-3030407452.

64. ^ Jump up to:*ᵃ ᵇ* Bartholomew, Robert (2021). _"NAS report on "Havana Syndrome" mired in controversy"_. _Skeptical Inquirer_. **45** (2): 7–8. _Archived_ from the original on May 2, 2021. Retrieved May 2, 2021.

65. ^ Bures, Frank (February 1, 2018). _"Cuba's Sonic Attacks Show Us Just How Susceptible Our Brains Are to Mass Hysteria"_. Slate. _Archived_ from the original on April 1, 2018. Retrieved April 1, 2018.

66. ^ Jump up to:*ᵃ ᵇ* _Bartholomew, Robert E._ (January 10, 2018). _"'Sonic Attack' Not Mass Hysteria, Says Top Doc – He's Wrong!"_ Psychology Today. _Archived_ from the original on April 7, 2018. Retrieved April 7, 2018.

67. ^ Palmer, Robert (February 5, 2019). _"Were The 'Sonic Attacks' On American Diplomats Just Sci-Fi?"_. Skepticalinquirer.org. CFI. _Archived_ from the original on December 8, 2019. Retrieved December 8, 2019. Any talk of a sonic attack is science fiction ... . I have no doubt that the Trump Administration, which has consistently claimed that an attack took place (including Trump himself), now realize that they have made a mistake, but they do not want to admit it ... . As for the Senate Foreign Relations Committee hearings chaired by Senator Marco Rubio, it was a sham.

68. ^ _Hignett, Katherine (December 16, 2017). "Mass Hysteria or Microwave Weapon – What's Behind the 'Sonic Attacks' on U.S. Diplomats in Cuba?". Newsweek. Archived from the original on February 26, 2018. Retrieved February 27, 2018._

69. ^ _Da Silva, Chantal (January 11, 2018). "As U.S. Accuses Cuba of Sonic Attacks, Canada Keeps Diplomats in Country Despite Mystery Illnesses". Newsweek. Archived from the original on April 2, 2018. Retrieved February 26, 2018._

70. ^ _Bartholomew, Robert E. (January 16, 2018). "Sonic Attack Claims Are Unjustified: Just Follow the Facts". CSI. Archived from the original on April 7, 2018. Retrieved April 7, 2018._

71. ^ _Bartholomew, Robert E. (October 24, 2017). "The "Sonic Attack" On U.S. Diplomats in Cuba: Why the State Department's Claims Don't Add Up". Skeptic Magazine. Archived from the original on October 25, 2017. Retrieved April 7, 2018._

72. ^ _Foster, Kenneth R.; Chou, Chung-Kwang (C-K.) (March 26, 2021). "Did Microwaves Harm US Employees at Its Embassy in Havana?". Science Based Medicine. Thus, the panel was steered by its agenda to focus on microwave weapons as the cause of the symptoms. The panel lacked the time and resources to explore other theories. In particular, it lacked participation by a social psychologist with expertise in mass psychogenic illness (an explanation proposed by, among others, the famous psychiatrist Simon Wessely of King's College London)._

73. ^ Jump up to:[a] [b] _Steven Lee Myers & Jane Perlez (June 6, 2018). "U.S. Diplomats Evacuated in China as Medical Mystery Grows". The New York Times. Archived from the original on November 18, 2018. Retrieved June 7, 2018._

74. ^ _"US diplomats evacuated from China amid 'sonic attack' concerns". CNET. June 6, 2018. Archived from the original on June 12, 2018. Retrieved June 7, 2018._

75. ^ _Dorsey, Steve (November 28, 2017). "Uzbekistan incident raises suspicions of Russian involvement in Cuba attacks". CBS News. Archived from the original on June 12, 2018. Retrieved June 8, 2018._

76. ^ Gardiner Harris, Pompeo Says Mysterious Sickness Among Diplomats in Cuba Has Spread to China Archived June 6, 2020, at the Wayback Machine, _New York Times_ (May 23, 2018).

77. ^ _Steven Jiang, Ben Westcott and Maegan Vazquez (March 23, 2018). "Pompeo says China incident 'entirely consistent' with Cuba 'sonic attacks'". CNN. Archived from the original on January 6, 2019. Retrieved June 8, 2018._

78. ^ _Kuo, Lily (June 7, 2018). "'Sonic attack' fears as more US diplomats fall ill in China". The Guardian. Archived from the original on September 12, 2018. Retrieved June 8, 2018._

79. ^ _"U.S. expands China health alert amid illness reports". Reuters. June 7, 2018. Archived from the original on June 8, 2018. Retrieved June 8, 2018._

80. ^ _Achenbach, Joel (June 8, 2018). "Controversy surrounds research on State Department employees sickened in 'attacks'". The Washington Post. Archived from the original on June 10, 2018. Retrieved June 10, 2018._

81. ^ _Beitsch, Rebecca (April 29, 2021). "US investigating possible 'Havana syndrome' attack near White House: CNN". The Hill. Archived from the original on April 29, 2021. Retrieved April 29, 2021._

82. ^ Jump up to:[a] [b] [c] _Ioffe, Julia (October 19, 2020). "The Mystery of the Immaculate Concussion". GQ. Retrieved May 30, 2021._

83. ^ _Bucci, Nino (October 28, 2020). "Russia issues extraordinary statement over reports CIA agents were attacked in Australia". The Guardian. Retrieved May 30, 2021._

84. ^ Jump up to:[a] [b] [c] [d] [e] [f] [g] [h] [i] _Atwood, Kylie (February 24, 2021). "CIA launches task force to probe invisible attacks on US diplomats and spies as one victim finds some relief". CNN. Archived from the original on February 25, 2021. Retrieved February 25, 2021._

85. ^ Jump up to:[a] [b] Julian Borger, Microwave weapons that could cause Havana Syndrome exist, experts say, _The Guardian_ (June 2, 2021).

86. ^ Gabby Birenbaum, Reports of possible "Havana syndrome" attacks are now documented in the US, _Vox_ (May 1, 2021).



AXPDET 16100211    Missouri Department of Corrections
Time - 13:08:11    Non-DOC Det/Loc MULES Hits/Det Withdrawn.    Date - 09/26/2011
                                                                Date - 09/26/2011
Institution: WESTERN RECEPTION & DIAGNOSTIC CORR

To: SEARCY, RICKI L.                Assigned: AKPDET    DOC ID: 00026461
Detainer Type: Missouri                               Date: 09/27/2011

Detainer Special Information or Comments
CASE# CR310-1297M - FAILURE TO APPEAR
RESISTING ARREST (M/A)

                Detainer Interview Date: 06/18/2011
Detainer Withdrawn Date & Reason: 09/26/2011 CASE DISMISSED

DETAINER, HERETOFORE PLACED AGAINST THE ABOVE NAMED INMATE IN FAVOR OF

Law Agency: LIVINGSTON COUNTY SHERIFF'S DEPARTMENT
Authority: LIVINGSTON CO.                    Title: SHERIFF
Phone Number: 660-646-0515  Fax: 660-646-0520  Ext:
Address: LIVINGSTON CO. SHERIFF'S DEPT.  901 WEBSTER
City: CHILLICOTHE       State: MO Zip Code: 64601    County: LIVINGSTON

EFFECTIVE DATE: 09/26/2011  IS WITHDRAWN

RECORDS OFFICER SIGNATURE                          DATE

_____                      9.26.11

Original: S & J
CC:  CO Parole Office Via IPO
     Claims File
     ██████ Unit

Fax:



## PAUL JOHNSON
### CRIMINAL DISTRICT ATTORNEY
1450 E. MCKINNEY STE 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601

HOT CHECKS 940-349-2700
www.dentoncounty.com

## DECLINE NOTIFICATION

Date:           March 21, 2018

Defendant:      **SEARCY, RICKI**
DOB:            07/17/1965
Offense:        ASSAULT CAUSES BODILY INJ
Agency:         DENTON COUNTY SHERIFF'S OFFICE
Offense No:     17-003986
Offense Date:   10/18/2017
Warrant No.:    17-560363

To Whom It May Concern:

Please be advised that the above referenced offense will not be filed at this time. This letter does not affect any other pending charges the defendant may have against him/her. **If there are any open warrants regarding the above charge, please have them recalled.**

Respectfully,

Nadiya Boldware
Assistant Criminal District Attorney
nadiya.williams-boldware@dentoncounty.com
Denton County, Texas

Mollie tibbetts

Rick Searcy

Hi Chad - My name is Rick Searcy and I sent your assistant Kathy a myriad of emails yesterday with information about your case you are unaware of. This will save your client's life and expose the real nature of Mollie's death and hopefully bring justice to her by incriminating the real murders. Do not dismiss what I have given you. I promise you it is legitimate and needs to be brought forward as these people are also associated with the sex trafficking network. Look for a story in Kearney, MO that took place shortly after Mollie's death in which arrests were made pertaining to said Traffickers. Again, the answers you are looking for can be found in the Rick Searcy investigation being conducted by the F.B.I. in Kansas City, Dallas San Diego, and Seattle. Subpoena their records and the agents closely associated with this investigation.
Rick Searcy 816-489-1690

