IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICK SEARCY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21-cv-00530-DGK |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS

Now before the Court is pro se Plaintiff Rick Searcy's Motion for Discovery per Rule 26 of the Federal Rules of Civil Procedure, ECF No. 32, his motion for partial summary judgment against Defendant James Kennedy, ECF No. 66, and his motion to dismiss Defendant Bob Griffin, ECF No. 68. As the Court has already dismissed all of Plaintiff's claims, Plaintiff's motions are DENIED AS MOOT.

**IT IS SO ORDERED.**

Date: April 20, 2022 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT